# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DAWN MCPHERON,

                               Plaintiff,

v.                                                    Case No. 17-CV-1195-JPS

SENIOR HELPERS,                           **ORDER**

                              Defendant.

On December 28, 2017, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs assessed to either party. (Docket #14). The Court herewith adopts that notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #14) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice and without costs.**

Dated at Milwaukee, Wisconsin, this 29th day of December, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge